### 18233.   STAPLES *v.* THE STATE.

BROYLES, C. J.   The verdict was amply authorized by the evidence, and the single ground of the motion for a new trial other than the general grounds is expressly abandoned in the brief of counsel for the plaintiff in error.     *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 26, 1927.

Making intoxicating liquor; from DeKalb superior court— Judge Hutcheson.   April 23, 1927.

*Fred W. Flint, Eugene L. Tiller,* for plaintiff in error.

*Claude C. Smith, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 212, n. 18; p. 255, n. 54.

---

### 18237.   WINGFIELD *v.* THE STATE.

LUKE, J.   The evidence amply authorized the conviction of the defendant, and the special assignments of error upon the rulings of the court on the admissibility of evidence show no harmful error.   The defendant has had a legal trial, and the court properly overruled his motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 26, 1927.

Making liquor; from Wilkes superior court—Judge Perryman. May 27, 1927.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 255, n. 54; p. 317, n. 10.